# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PATRICK SANCHEZ, MARK STAUBER and SALLY STAUBER, JACOB ROSS-DEMMIN, and JENNIFER HERRINGTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 1:18-cv-02536 |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE [RULE 41(a)(1)(A)(ii)]**

**IT IS HEREBY STIPULATED**, by and among plaintiffs Patrick Sanchez, Mark Stauber, Sally Stauber, Jacob Ross-Demmin, and Jennifer Herrington and defendant General Motors LLC, by and through their undersigned counsel, that the Amended Complaint (ECF No. 8) and the action may be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 19, 2019

*/s/ Gregory F. Coleman*

Gregory F. Coleman (TN014092)
(*Admitted to Trial Bar*)
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@colemanlaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Dean N. Panos*

Dean N. Panos (IL 6203600)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
dpanos@jenner.com

*Counsel for Defendant*
*General Motors LLC*

## **CERTIFICATE OF SERVICE**

I, Dean N. Panos, an attorney, certify that on April 19, 2019, I caused the foregoing **Stipulation for Dismissal Without Prejudice [Rule 41(a)(1)(A)(ii)]** to be served on counsel of record via the Court's ECF system.

/s/ *Dean N. Panos*